**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DARREN GLEAN and JAMES HUNTER, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>APTOS, INC., and TEMPUR SEALY INTERNATIONAL, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO: 1:18-cv-2091-ELR<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TEMPUR SEALY INTERNATIONAL, INC.'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant Tempur Sealy International, Inc. ("Tempur Sealy") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiff's putative Class Action Complaint, ECF No. 1 ("Complaint") with prejudice. The bases for this Motion and the supporting authorities are set forth in the contemporaneously filed Memorandum of Law.

WHEREFORE, Tempur Sealy respectfully moves for an Order dismissing the Complaint with prejudice.

[SIGNATURE ON FOLLOWING PAGE]

1

Respectfully submitted this 3rd day of July, 2018.

<u>*/s/ Kristine M. Brown*</u>
Kristine M. Brown
Georgia Bar No. 480189
Donald M. Houser
Georgia Bar No. 157238
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com

*Counsel for Tempur Sealy International, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this brief has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

                                          */s/ Kristine M. Brown*
                                          Kristine M. Brown
                                          Georgia Bar No. 480189
                                          Donald M. Houser
                                          Georgia Bar No. 157238
                                          ALSTON & BIRD LLP
                                          1201 West Peachtree Street
                                          Atlanta, GA 30309
                                          Phone: (404) 881-7000
                                          Fax: (404) 881-7777
                                          kristy.brown@alston.com
                                          donald.houser@alston.com

                                          *Counsel for Tempur Sealy*
                                          *International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 3rd day of July, 2018.

*/s/ Kristine M. Brown*
Kristine M. Brown
Georgia Bar No. 480189
Donald M. Houser
Georgia Bar No. 157238
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com

*Counsel for Tempur Sealy International, Inc.*