# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARREN GLEAN and JAMES HUNTER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>APTOS, INC., and TEMPUR SEALY INTERNATIONAL, INC.,<br><br>      Defendants. | Case No.:<br>1:18-CV-02091-ELR |

### DEFENDANT APTOS, INC.'S MOTION TO DISMISS

Defendant Aptos, Inc. ("Aptos") moves (a) to dismiss Plaintiffs' claims against Aptos for lack of federal subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) or, alternatively, (b) to dismiss Plaintiffs' claims against Aptos with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Aptos attaches to this motion an accompanying memorandum of law citing supporting authority.

Aptos respectfully requests the Court enter an Order (a) dismissing Plaintiffs' Complaint for lack of federal subject-matter jurisdiction; or

(b) dismissing Plaintiffs' Complaint with prejudice for failure to state a claim on which relief can be granted.

This 3rd day of July, 2018.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Phone:  (404) 815-6500<br>Fax:    (404) 815-6555 | /s/ James F. Bogan III<br>James F. Bogan III (Ga. Bar No. 065220)<br>jbogan@kilpatricktownsend.com<br>C. Allen Garrett Jr. (Ga. Bar No. 286335)<br>agarrett@kilpatricktownsend.com<br>Jeffrey H. Fisher (Ga. Bar No. 981575)<br>jfisher@kilpatricktownsend.com |

*Counsel for Defendant Aptos, Inc.*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018 I electronically filed the foregoing "DEFENDANT APTOS, INC.'S MOTION TO DISMISS" with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

This 3rd day of July, 2018.

KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

/s/ James F. Bogan III
James F. Bogan III
Georgia Bar No. 065220
jbogan@kilpatricktownsend.com

*One of the Attorneys for*
*Defendant Aptos, Inc.*