## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

DARREN GLEAN and JAMES
HUNTER, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

APTOS, INC., and TEMPUR SEALY
INTERNATIONAL, INC.,

    Defendants.

Case No.: 1:18-CV-02091-ELR

**STIPULATION OF
VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the dismissal without prejudice of the claims asserted in the Complaint filed May 11, 2018, Doc. No. 1, with each party to bear its own fees and costs.

Dated: August 23, 2018

Respectfully Submitted,

*/s/ David J. Worley*
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Ga. Bar No. 707807
Kristi Stahnke McGregor
Ga. Bar No. 67401
**EVANGELISTA WORLEY LLC**
8100A Roswell Road
Suite 100
Atlanta, Georgia 30350

*/s/ James F. Bogan. III*
James F. Bogan III
Georgia Bar No. 065220
jbogan@kilpatricktownsend.com
C. Allen Garrett Jr.
Georgia bar No. 286335
agarrett@kilpatricktownsend.com
Jeffrey H. Fisher
Georgia Bar No. 981575
jfisher@kilpatricktownsend.com
**KILPATRICK TOWNSEND &**

Tel: (404) 205-8400
Fax: (404) 205-8395
david@ewlawllc.com

William B. Federman (to be admitted
*pro hac vice*)
Oklahoma Bar No. 9467
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
405.235.1560 (*telephone*)
405.239.2112 (facsimile)
wbf@federmanlaw.com

Gary S. Graifman, Esq.
Jay I. Brody, Esq.
**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
(845) 356-2570 (*telephone*)
(845) 356-4335 (*facsimile*)
ggraifman@kgglaw.com
jbrody@kgglaw.com

***Counsel to Plaintiffs***

**STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528

***Counsel for Defendant Aptos, Inc.***

*/s/ Kristine M. Brown*
Kristine M. Brown
Georgia Bar No. 480189
Donald M. Houser
Georgia Bar No. 157238
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phones: (404) 881-7000
Fax: (404) 881-7000
kristy.brown@alston.com
donald.houser@alston.com

***Counsel for Tempur Sealy
International, Inc.***

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 23rd day of August, 2018.

*/s/ David J. Worley*
David J. Worley

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that today I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 23rd day of August, 2018.

*/s/ David J. Worley*
David J. Worley

*Attorney for Plaintiffs*